UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Esso Standard Oil Co.,
v.
Mario Lucena Collado, et al

CASE NUMBER: 97-2465 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket # 14<br>[ ] **Plffs**  [X] **Defts**  [ ] **Other**<br>**Title:** Motion requesting reimbursement of bond | Granted. The Clerk of the Court is hereby ordered to draw a check in the principal amount designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEES                   AMOUNT<br>Esso Standard Oil Co. of PR     5,000.00<br><br>Mail check to:<br><br>Ivan Fernandez Vallejo<br>P.O. Box 191894<br>San Juan, PR 00919 |

Date 9/3/02

HECTOR M. LAFFITTE
Chief U.S. District Judge

*att copy to Finance 9/5/02*